**Rumi J. SANDLIN, Plaintiff–Appellant**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 10–40355**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 18, 2011.

Rumi Sandlin, Richardson, TX, pro se.

Thomas Edward Gibson, Assistant U.S. Attorney, U.S. Attorney's Office, Tyler, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that pro se appellant's motion requesting that attorney

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Thomas Gibson be ordered and warned by a temporary restraining order or injunction is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motions to disqualify attorney Thomas Gibson is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motion requesting that portions noted in his motion as speculative or as testifying to fact and not evidence be stricken is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motion for temporary restraining order and injunctive relief is DENIED.

IT IS FURTHER ORDERED that pro se appellant's motion to file out of time a reply to appellee's response to the motion to disqualify is DENIED.

IT IS FURTHER ORDERED that the judgment of the District Court dismissing the appeal is AFFIRMED. Mandate to issue forthwith.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.